UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, <br><br> Plaintiff, <br><br> v. <br><br> RIHH LP, <br><br> Defendant. | Case No. 19-cv-06852-SI <br><br> **ORDER STRIKING PLAINTIFF'S NOTICE** <br><br> Re: Dkt. No. 12 |

The Court is in receipt of plaintiff Theresa Brooke's Notice (Dkt. No. 12) and defendant RIHH's Objections to the Notice (Dkt. No. 13). Plaintiff's notice does not seek relief from the Court or otherwise fall into any category of a proper filing as listed in the Federal Rules of Civil Procedure or the Northern District Civil Local Rules. As such, plaintiff's notice is improper. Federal Rule of Civil Procedure 12(f) provides that a court may, on its own or on motion, "strike from a pleading an insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." If plaintiff wishes to allege new facts to support her claim, she may do so in her amended complaint to be filed on or before March 6, 2020 per the Court's February 18, 2020 order. Dkt. No. 11.

For the foregoing reasons and for good cause shown, the Court orders plaintiff's Notice STRICKEN from the record.

**IT IS SO ORDERED**.

Dated: February 28, 2020

_____
SUSAN ILLSTON
United States District Judge