# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No. 19-cv-06852-SI |
|---|---|
| Plaintiff, | |
| v. | **ORDER STRIKING PLAINTIFF'S SECOND IMPROPER NOTICE** |
| RIHH LP, | Dkt. No. 18 |
| Defendant. | |

The Court is in receipt of plaintiff Theresa Brooke's Notice (Dkt. No. 18) and defendant RIHH's Objections to the Notice (Dkt. No. 19). This is the second notice filed by plaintiff that neither seeks relief from the Court nor falls into any category of a proper filing under the Federal Rules of Civil Procedure or the Northern District Civil Local Rules. The Court finds this notice is improper and strikes it from the record pursuant to Federal Rule of Civil Procedure 12(f).

**Plaintiff shall not file any additional notices or other documents that fail to comply with federal or local rules. Plaintiff is advised that failure to adhere to this order may result in the imposition of sanctions under Federal Rule of Civil Procedure 11.**

For the foregoing reasons and for good cause shown, the Court orders plaintiff's Notice STRICKEN from the record.

**IT IS SO ORDERED**.

Dated: March 26, 2020

_____
SUSAN ILLSTON
United States District Judge