Peter Kristofer Strojnik, SBN 242728
pstrojnik@strojniklaw.com
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone: (602) 510-9409

Attorneys for Plaintiff
THERESA BROOKE

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 3:19-cv-6852-SI |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| RIHH LP, | |
| Defendants. | |

    Please take notice that the above case has settled. The parties are in the process of memorializing the settlement and anticipate filing closing documents in the coming month.

    DATED this 14th day of September, 2020.

/s/ Peter Kristofer Strojnik
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff